IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THOMAS SANTEE, | § | |
| | § | No. 444, 2022 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. S22C-10-016 |
| AMY RUST, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 14, 2023
Decided: April 3, 2023

## ORDER

On December 2, 2022, the appellant, Thomas Santee, filed a notice of appeal from a Superior Court order granting the appellee a writ of ejectment and ordering Santee to vacate the subject property. Under the Court's briefing schedule, Santee's opening brief and appendix were due on or before February 21, 2023. On February 22, 2023, the Senior Court Clerk sent a notice of brief deficiency to the address provided by Santee to the Court. On March 2, 2023, the Senior Court Clerk issued a notice, sent by certified mail, directing Santee to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix. Both the notice of brief deficiency and the notice to show cause have been returned to the Court and indicate that Santee is no longer residing at that address and left no forwarding address. Santee has not reported any change of address to the Court.

Under the circumstances, dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal be DISMISSED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice